## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Paul Schroth Wolfe, et al.

           Plaintiff,

v.                   Case No.: 1:24−cv−01538
                  Honorable John F. Kness

Steven E. Looper, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 2, 2024:

   MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held 7/2/2024. Plaintiff's motion to file an amended complaint [33] is granted. Plaintiff is directed to file the amended complaint on the docket as a separate entry by 7/8/2024. Defendants Proton Green, LLC, Cyber App Solutions Corp.'s motion to dismiss [18] is dismissed as moot. Defendants' opposed motion for extension of time to answer or otherwise plead [30] is granted for the reasons stated on the record. Plaintiff is given until 8/19/2024 to file any response to any motions to dismiss filed by Defendants. Defendants' replies, if any, shall be filed no later than 9/2/2024. The Court set the following briefing schedule on Plaintiff's motion for expedited discovery [26]: Defendants' response is due 7/19/2024. Plaintiff's reply, if any, is due 7/29/2024. A telephonic tracking status is set for 8/14/2024 at 9:30 A.M. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.