**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Paul Schroth Wolfe, et al.
           Plaintiff,

v.                  Case No.: 1:24−cv−01538
                    Honorable John F. Kness

Steven E. Looper, et al.
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 4, 2024:

   MINUTE entry before the Honorable John F. Kness: In−person motion hearing held 11/4/2024. For the reasons stated on the record, Plaintiff's motion for expedited discovery [26] is granted in part. The parties are directed to meet and confer to discuss the limited scope of discovery as discussed on the record. Counsel for Defendant Global Partners, LLC appeared and indicated to the Court intention to respond to the compliant. Accordingly, Plaintiff's motion for default [89] is dismissed as moot. A telephonic tracking status is set for 11/15/2024 at 9:00 A.M. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.