# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Paul Schroth Wolfe, et al.

                        Plaintiff,

v.                                               Case No.: 1:24–cv–01538

                                                          Honorable John F. Kness

Steven E. Looper, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2025:

        MINUTE entry before the Honorable John F. Kness: Motion hearing held on 7/8/2025. For the reasons discussed on the record, Plaintiff's motion for preliminary injunction [170] is stricken without prejudice. Any renewed motion must address the deficiencies detailed on the record. As directed, Plaintiff must file a statement to address the complete citizenship of all members of all partnerships on or before 7/29/2025. A telephonic tracking status is set for 8/13/2025 at 9:30 A.M. The parties are to use the following call–in number: 1–855–244–8681, Access Code: 2315 003 3696. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.