# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Paul Schroth Wolfe, et al.

                    Plaintiff,

v.                                          Case No.: 1:24–cv–01538
                                                     Honorable John F. Kness

Steven E. Looper, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 12, 2026:

      MINUTE entry before the Honorable John F. Kness: Defendants' status report [191] requests this Court to "not address dispositive motions on the Third Amended Complaint [137] until the Delaware Chancery court issues its opinion." Plaintiffs' response [194] does not dispute that the issues in front of the Delaware Court of Chancery may have preclusive effect in this case. Rather, Plaintiffs main contention is that this Court previously granted orally the parties' joint scheduling order setting the due date for dispositive briefing for September 23, 2025. (Dkt. 194 at 34.) Accordingly, Plaintiffs wish to hold Defendants to that initial briefing schedule. But this Court retains discretion to change dispositive briefing schedules. *Gonzalez v. Ingersoll Milling Mach. Co.*, 133 F.3d 1025, 1030 (7th Cir.1998) ("District court judges, because of the very nature of the duties and responsibilities accompanying their position, possess great authority to manage their caseload."); *Research Sys. Corp. v. IPSOS Publicite*, 276 F.3d 914, 919 (7th Cir.2002) ("Matters of trial management are for the district judge; we intervene only when it is apparent that the judge has acted unreasonably."). Moreover, having reviewed the pending claims in the Delaware Court of Chancery, this Court agrees that briefing for dispositive motions on Plaintiffs' third–amended complaint should be held in abeyance. It is likely that the Delaware Court of Chancery will dispositively rule upon numerous matters that will have preclusive effect in this case. Defendants' previously filed motion to dismiss [164] is therefore denied without prejudice, subject to refiling within 30 days of the court 9;s opinion in *Global Capital Partners, LLC, et al., v. Green Sapphire Holdings, Inc.*, C.A. No. 2024–0877–JTL (Del. Ch. Ct.). A status hearing will be set by separate order. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.