**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Paul Schroth Wolfe, et al.
                                        Plaintiff,

v.                                                            Case No.: 1:24–cv–01538
                                                              Honorable John F. Kness

Steven E. Looper, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 23, 2026:

        MINUTE entry before the Honorable John F. Kness: In–person motion hearing held on 4/23/2026. Counsel's unopposed motion to withdraw [221] is granted. Attorney Marc Trent is withdrawn as counsel of record. Attorney Trent and Plaintiff's newly retained counsel are directed to confer on redactions to the motion to withdraw. Pending agreed redactions, the motion to withdraw [221] will be sealed on the docket in its entirety. Plaintiff's motion for extension of time [227] is terminated. Counsel for all parties are directed to meet and confer on a proposed schedule and plan to address the anticipated forthcoming motions to dismiss. The parties are directed to file a joint statement that includes an agreed proposed plan on or before 5/7/2026. A telephonic tracking status is set for 5/27/2026 at 9:45 A.M. The parties are to use the following call–in number: 1–855–244–8681, Access Code: 2315 003 3696. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.